ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Civil File No. 02-0054 JRT/FLN

vs.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

ISAAC BROWN BUILDERS, and
MICHAEL W. TERRELL, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: March 15, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

FILED MAR [illegible] 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: March 20, 2002

Then Honorable John R. Tunheim
Judge of District Court